FILED
CLERK, U.S. DISTRICT COURT
SEP 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: 08-2137M |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| v. | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| RAMIRO GUTIERREZ-ESTEVEZ, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Western District of Texas for alleged violation(s) of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

Deten[2].ord

1  based on the defendant's alleged unlawful re-entry into the
2  United States after his deportation to Mexico;
3  and
4  B.  (X)  The defendant has not met his burden of establishing by
5  clear and convincing evidence that he is not likely to pose a
6  danger to the safety of any other person or the community if
7  released under 18 U.S.C. § 3142(b) or (c). This finding is
8  based on his prior criminal history.

10  IT THEREFORE IS ORDERED that the defendant be detained pending
11  the further revocation proceedings.

13  DATED: September 5, 2008

_____
MARGARET A. NAGLE
United States Magistrate Judge

Deten[2].ord                           2